

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Hightman, on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Fiat Chrysler US LLC ; FCA US LLC ; Does 1 through 10 ,inclusive<br><br>**Defendant.** | Civil Action No.  18-cv-02205-BEN-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss the FAC Pursuant to Rule 12(b)(6) is GRANTED, with prejudice. Defendant's Motion to Strike the Nationwide Class Allegations from the FAC is DENIED as moot. Case is closed.

Date:   8/10/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D.Frank

D.Frank, Deputy